IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

John Yeh

\*

\*

\*

Case No. 09-4124 CBD

\*\*\*\*\*\*

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this 20th day of __November__ __2009__, that the Defendant/Surety/Counsel is hereby directed to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of __Montgomery__ City/County, Maryland on or before the __23rd__ day of __November__ __2009__, and return the receipt for said recordation to the Clerk of the Court within 48 hours.

_____
Charles B. Day
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Property 402